*HENDERSON* vs. *BEALE'S CURATOR.*

APPEAL from the court of probates of the parish and city of New-Orleans.

In questions of fact the opinion of the judge

MARTIN, J., delivered the opinion of the court. The plaintiff states, Curry performed

certain work for Beale, who accepted the account of Curry, which was afterwards assigned and transferred to the plaintiff, of which Beale in his life time had notice.

below prevails, unless manifestly erroneous.

The defendant denies Beale was ever indebted to Curry, and avers that if he was, Curry has been paid : he denies the assignment and notice, and avers that Beale, before notice, paid Curry.

There was judgment for the defendant, and the plaintiff appealed.

The case turns entirely on a question of fact. The judge has concluded from the testimony before him, that the deceased had, before notice of the transfer. fully paid what he owed to the transferror: we cannot say he erred in doing so, and in a case like this the opinion of the judge below, has great weight in this court.

It is therefore ordered, adjudged and decreed, that the judgment of the court of probates be affirmed with costs.

*Lockett* for the plaintiff, *M'Caleb* for the defendant.